EBERT v. BROCKBANK et al.

No. 7522. Decided December 26, 1950. (225 P. 2d 724.)

See 61 C. J. Taxation, Sec. 2018.

*Robert S. Richards,* Salt Lake City, for appellants.

*Pugsley, Hayes & Rampton,* Salt Lake City, for respondent.

PER CURIAM.

This case is controlled by our decision in the case of *Toronto* v. *Sheffield,* 118 Utah 460, 222 P. 2d 594, in which Section 104—2—5.10, Laws of Utah 1943, was held to be unconstitutional.

The judgment is affirmed. Costs to respondent.